THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0005-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BOBBY JOE CREDIT, JR., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue trial and pretrial motions deadline (Dkt. No. 18). The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and Defendant in a speedy trial.

Defendant has filed a speedy trial waiver. (Dkt. No. 17). Accordingly, the period of time from March 13, 2017, until June 30, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to June 5, 2017, and that pretrial motions shall be filed no later than May 8, 2017.

1
2        DATED this 15th day of February 2017.
3
                                            William M. McCool
4                                           Clerk of Court

5                                           /s/Paula McNabb
                                            Deputy Clerk
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MINUTE ORDER CR17-0005-JCC
PAGE - 2