THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0005-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BOBBY JOE CREDIT, JR., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant moves the Court (Dkt. No. 36) to correct a clerical error in his sentencing. The Court finds no clerical error to correct. The Court sentenced Defendant to 36 months of confinement, concurrent to his state sentence. (Dkt. No. 37-1 at 14–15.) This 36-month sentence is inclusive of a downward departure pursuant to U.S.S.G. § 5G1.3 to account for pre-trial state custody (Dkt. No. 34 at 2). Not exclusive of it, as Defendant asserts.

For the reasons explained above, Defendants' motion is DENIED.

//
//
//
//

MINUTE ORDER CR17-0005-JCC
PAGE - 1

1     DATED this 29th day of September 2017.

2                                           William M. McCool
                                            Clerk of Court
3
                                            s/Tomas Hernandez
4                                           Deputy Clerk