THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>BOBBY JOE CREDIT, JR.,<br><br>     Defendant. | CASE NO. CR17-0005-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Bobby Joe Credit, Jr.'s unopposed motion to continue his evidentiary hearing regarding revocation of supervised release (Dkt. No. 67). Mr. Credit, Jr. has been in quarantine recently due to the COVID-19 pandemic and has not been able to review the Government's video evidence and has not had sufficient time to confer with his attorney about the upcoming evidentiary hearing. (*See id.* at 2.) Accordingly, Mr. Credit, Jr. requests that the Court continue the hearing for 60 days. (*See id.*) Mr. Credit, Jr. represents that the Government does not oppose this request. (*See id.*) Having considered Mr. Credit, Jr.'s motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and CONTINUES the evidentiary hearing until March 3, 2021 at 9:00 a.m.

//

//

//

1  DATED this 5th day of January 2021.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE